JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile: 415.436.7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPROXIMATELY $353,877 IN UNITED ) <br> STATES CURRENCY, ) <br> ) <br> Defendant. ) <br> ) | No. 08-4308 <br><br> SEPARATE CASE MANAGEMENT <br> CONFERENCE STATEMENT |

Plaintiff hereby submits this Status Conference Statement[1]:

**1.    Nature of Case**

    This is a forfeiture action. Plaintiff contends that the defendant currency constitutes proceeds of drug trafficking and/or funds to be used to facilitate the sale and distribution of controlled substances and subject to forfeiture, pursuant to Title 21, United States Code, Section 881(a)(6).

    This is a forfeiture action. The defendant $353,877 was seized during the search of a vehicle. A full recitation of the facts surrounding the seizure of the defendant $353,877,

---

[1] At present, there are no other parties in this action.

including information gained through wiretaps, is set forth in the complaint filed on September 11, 2008.

## 2. Primary Factual and Legal Issues

Given that no claims nor Answers have been filed in this action, plaintiff contends that there are no issues in dispute. The government anticipates that the following issues would be disputed: (1) whether claimant is an innocent owner of the defendant funds; and (2) whether plaintiff can establish by a preponderance of the evidence that the defendant currency constitutes drug proceeds or was used to facilitate a drug trafficking offense.

## 3. Anticipated Motions

As two of the potential claimants in this matter are criminal defendants in cases pending before the Court, the United States anticipates that the parties may request a stay of this action until the related criminal cases are resolved.

## 4. Relief/Damages

The United States seeks a judgment of forfeiture of the defendant currency. This is not a damages case. Claimant seeks the return of the defendant currency.

## 5. Settlement

At this juncture, matters are far too undeveloped to ascertain the possibility of settlement.

## 6. Discovery

This is an in rem forfeiture case and is exempt from initial disclosures pursuant to Federal Rule of Civil Procedure 26 (a)(1)(B)(ii).

## 7. Alternative Means of Disposition

At this juncture, matters are far too undeveloped to ascertain the efficacy of ADR.

## 8. Pretrial/Trial Issues

The United States is unaware of any trial issues.

## 9. Class Action

This is not a class action.

## 10. Related Cases

The United States is aware of one potentially related case: *United States v. Perez, et al.*,

Case Management Conference
No. 08-4308 SI                                   2

1 | 09-00103-CRB.

**11. Other Matters**

Given the recent unsealing and service of process in this matter, the United States suggests that the CMC be continued for 60 days to allow any potential claimants to file their respective verified claims and answers.

DATED: March 13, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
DAVID COUNTRYMAN
Assistant United States Attorney


The case management conference is continued to 5/22/09 @ 2:30 p.m.
A joint statement shall be filed one week prior to the conference.
Proposed orders shall be submitted to the Court when requests are made.

Case Management Conference
No. 08-4308 SI                                3