JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th floor
   San Francisco, CA 94102
   Telephone: 415.436.7303
   Facsimile:  415.436.7234
   Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> APPROXIMATELY $353,877 IN UNITED ) <br> STATES CURRENCY, ) <br> ) <br> Defendant. ) <br> _____) | No. CV 08-4308 SI <br><br> WARRANT OF ARREST OF <br> PROPERTY *IN REM* |

TO:    ANY DEPUTY UNITED STATES MARSHAL OR ANY SPECIAL AGENT OF
         ALCOHOL, TOBACCO AND FIREARMS

YOU ARE HEREBY COMMANDED to arrest and seize the defendant currency and maintain custody of same pursuant to 19 U.S.C. § 1605 until further Order of the Court.

Claimants of the above-described currency which is the subject of this action shall file their claims with the Clerk of the Court, Northern District of California, 450 Golden Gate Ave., 16th floor, San Francisco, California 94102 and serve a copy thereof upon the United States Attorney, Attention: David B. Countryman, Assistant United States Attorney, U.S. Attorney's Office, 450 Golden Gate Ave., 11th floor, San Francisco, California 94102, within 35 days after

the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier and answers to the Complaint shall be filed and served within twenty (20) days thereafter or within such additional time as may be allowed by the Court.

Dated: 3/18/09

RICHARD W. WEIKING
United States District Clerk

By: _____ *Sutton* (signature)